Michael C. SMART, Plaintiff–Appellant

v.

UNITED STATES of America,
Defendant–Appellee.

No. 10–51012
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 3, 2011.

Michael Smart, El Paso, TX, pro se.

Eduardo R. Castillo, Assistant U.S. Attorney, U.S. Attorney's Office, El Paso, TX, for Defendant–Appellee.

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM: *

Michael Smart has filed a series of pro se lawsuits against federal agencies, officers, and employees. The instant appeal is from the dismissal of his cause of action based upon res judicata. Smart asserts general conclusions with very little detail and makes no references to the record. It is clear, however, that the nucleus of this suit is the same as the previous case that was dismissed by a district court in our circuit and affirmed by this Court on appeal. The district court correctly determined that res judicata applied and dis-

missed the claim herein. This appeal is DISMISSED as frivolous.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

